**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francis Luna-Lara, | No. CV-16-01532-PHX-ROS |
| Petitioner, | CR-03-1097-PHX-ROS |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

Magistrate Judge Michelle H. Burns issued a Report and Recommendation ("R&R") recommending Petitioner's motion under 28 U.S.C. § 2255 be granted. (Doc. 33). Pursuant to the parties' status report and the proceedings scheduled in CR-03-1097-PHX-ROS, the R&R will now be adopted.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 33) is **ADOPTED**. The Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C.. § 2255 is **GRANTED**. Petitioner's conviction and sentence are **VACATED** with the original charges in the indictment reinstated. The Clerk of Court shall enter judgment in CV-16-1532-PHX-ROS accordingly.

Dated this 10th day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge